IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SATISH MAHAJAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:18-CV-03153 |
| TEXAS FARMERS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
_____

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order and Federal Rule of Civil Procedure 7.1 Plaintiff Satish Mahajan files this Certificate of Interested Parties and shows the Court the following:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

   **Not applicable.**

2. A listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. The name of each corporation whose securities are publicly traded has been underlined:

   **Satish Mahajan - Plaintiff**

   **Long & Long Attorneys at Law – Plaintiff's counsel**

   **Texas Farmers Insurance Company - Defendant**

Respectfully submitted,

**Long & Long, Attorneys at Law**

*s/Cate Biggs*
**Cate Biggs**
SBN: 24077282
Direct: (832) 702-0032
Cate@LongandLong.com
**Addie Butler**
SBN: 24082759
Direct: (832) 207-2821
Addie@LongandLong.com

301 St. Louis Street
Mobile, AL 36602
Tel: (713) 863-0333
Fax: (832) 930-9384

2000 Edwards Street
Building A
Houston, TX 77007
Tel: (713) 863-0333
Fax: (832) 930-9384

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018 a true and correct copy of the foregoing was filed using this Court's electronic filing system. Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules.

*s/Cate Biggs*
**Cate Biggs**

2